667 A.2d 13

**Deborah Lee LUPKIN, Appellee,**

v.

**Gerald J. STERNICK, Jr., Appellant.**

Supreme Court of Pennsylvania.

Submitted June 13, 1995.

Decided Nov. 20, 1995.

Roger T. Margolis, Frederick W. Ulrich, Harrisburg, for Sternick.

Frederick J. Fanelli, Pottsville, Danielle Peyakovich, Orwigsburg, for Lupkin.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

The order of the Superior Court in the above-captioned case is AFFIRMED.

MONTEMURO, J., participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).